B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>CCWP, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA The Country Club of Whispering Pines; DBA Whispering Pines | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>81-0638129 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>The Country Club of Whispering Pines<br>2 Clubhouse Boulevard<br>Whispering Pines, NC<br>ZIP Code: 28327 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Moore | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 1590<br>Pinehurst, NC<br>ZIP Code: 28370-1590 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> CCWP, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | CCWP, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (If not represented by attorney)<br><br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>   _____<br>   Printed Name of Foreign Representative<br><br>   _____<br>   Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X   /s/ Trawick H. Stubbs, Jr.<br>   Signature of Attorney for Debtor(s)<br>   Trawick H. Stubbs, Jr. 4221<br>   Printed Name of Attorney for Debtor(s)<br>   Stubbs & Perdue, P.A.<br>   Firm Name<br>   PO Box 1654<br>   New Bern, NC 28563<br>   _____<br>   Address<br><br>   252-633-2700<br>   Telephone Number<br>   May 20, 2010<br>   Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>   _____<br>   Address<br><br>X _____<br><br>   _____<br>   Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   /s/ EW. Davis, Jr.<br>   Signature of Authorized Individual<br>   EW. Davis, Jr.<br>   Printed Name of Authorized Individual<br>   Member-Manager<br>   Title of Authorized Individual<br>   May 20, 2010<br>   Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re: CCWP, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Moore County Tax Dept.<br>Attn: Managing Agent<br>P.O. Box 428<br>Carthage, NC 28327-0428 | Moore County Tax Dept.<br>Attn: Managing Agent<br>P.O. Box 428<br>Carthage, NC 28327-0428 | | | 79,123.52 |
| Southen States Turf. Div.<br>Attn: Manager or Agent<br>Po Box 776<br>Carthage, NC 28327 | Southen States Turf. Div.<br>Attn: Manager or Agent<br>Po Box 776<br>Carthage, NC 28327 | | | 60,430.33 |
| John Deere Landscape<br>Attn: Managing Agent<br>1425 N. McDowell Blvd.<br>Petaluma, CA 94954 | John Deere Landscape<br>Attn: Managing Agent<br>1425 N. McDowell Blvd.<br>Petaluma, CA 94954 | | | 42,039.98 |
| Pennington Seed<br>Attn: Daniel J. Goldberg<br>100 N. Washington St<br>Boston, MA 02114 | Pennington Seed<br>Attn: Daniel J. Goldberg<br>100 N. Washington St<br>Boston, MA 02114 | | | 24,670.00 |
| Revels Turf & Tractor<br>AttN: Manager or Agent<br>2217 N. Main Street<br>Fuquay Varina, NC 27526 | Revels Turf & Tractor<br>AttN: Manager or Agent<br>2217 N. Main Street<br>Fuquay Varina, NC 27526 | | | 23,427.09 |
| Jim Delong<br>c/o Southern States Turf<br>PO Box 7769<br>Carthage, NC 28327 | Jim Delong<br>c/o Southern States Turf<br>PO Box 7769<br>Carthage, NC 28327 | | | 21,243.17 |
| PNC Equipment Finance<br>Attn: Managing Agent<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | PNC Equipment Finance<br>Attn: Managing Agent<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | | | 15,950.18 |
| Bank of America<br>Attn: Manager or Agent<br>2059 Northlake Pkwy<br>Tucker, GA 30084 | Bank of America<br>Attn: Manager or Agent<br>2059 Northlake Pkwy<br>Tucker, GA 30084 | | | 15,441.80 |
| Impact Golf Marketing<br>Attn: Manager or Agent<br>2783 NC Hwy 68, Ste 120<br>High Point, NC 27265 | Impact Golf Marketing<br>Attn: Manager or Agent<br>2783 NC Hwy 68, Ste 120<br>High Point, NC 27265 | | | 12,762.05 |

B4 (Official Form 4) (12/07) - Cont.

In re  CCWP, LLC  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John Deere Credit<br>Attn: Manager or Agent<br>PO Box 4450<br>Carol Stream, IL 60197 | John Deere Credit<br>Attn: Manager or Agent<br>PO Box 4450<br>Carol Stream, IL 60197 | | | 9,525.73 |
| Eastern Turf Equipment<br>Attn: Manager or Agent<br>1045 Bragg Blvd<br>Fayetteville, NC 28301 | Eastern Turf Equipment<br>Attn: Manager or Agent<br>1045 Bragg Blvd<br>Fayetteville, NC 28301 | | | 8,382.08 |
| Revels Tractor<br>Attn: Managing Agent<br>2217 N. Main Street<br>Fuquay Varina, NC 27526 | Revels Tractor<br>Attn: Managing Agent<br>2217 N. Main Street<br>Fuquay Varina, NC 27526 | | | 8,226.86 |
| Staples Credit<br>Attn: Manager or Agent<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Staples Credit<br>Attn: Manager or Agent<br>PO Box 689020<br>Des Moines, IA 50368-9020 | | | 6,991.06 |
| Pitney Bowes<br>Attn: Managing Agent<br>PO Box 856042<br>Louisville, KY 40285-6042 | Pitney Bowes<br>Attn: Managing Agent<br>PO Box 856042<br>Louisville, KY 40285-6042 | | | 6,336.17 |
| Van Camp, Meecham & Newman<br>Attn: Managing Agent<br>P.O. Box 1389<br>Pinehurst, NC 28370 | Van Camp, Meecham & Newman<br>Attn: Managing Agent<br>P.O. Box 1389<br>Pinehurst, NC 28370 | | | 6,062.92 |
| McDondald Bros.<br>Attn: Manager or Agent<br>PO Box 1606<br>Southern Pines, NC 28388 | McDondald Bros.<br>Attn: Manager or Agent<br>PO Box 1606<br>Southern Pines, NC 28388 | | | 6,017.82 |
| Lowe's Credit<br>Attn: Manager or Agent<br>PO Box 10598/0, Dept. 79<br>Atlanta, GA 30353-5980 | Lowe's Credit<br>Attn: Manager or Agent<br>PO Box 10598/0, Dept. 79<br>Atlanta, GA 30353-5980 | | | 5,872.73 |
| Vreens Turf Products<br>Attn: Manager or Agent<br>8862 Hwy 90<br>Longs, SC 29568 | Vreens Turf Products<br>Attn: Manager or Agent<br>8862 Hwy 90<br>Longs, SC 29568 | | | 5,680.97 |
| Golf Agronomics<br>Attn: Managing Agent<br>2165 17th Street<br>Sarasota, FL 34234 | Golf Agronomics<br>Attn: Managing Agent<br>2165 17th Street<br>Sarasota, FL 34234 | | | 5,221.29 |
| Carolina Pool<br>Attn: Manager or Agent<br>PO Box 327<br>Sanford, NC 27331-0327 | Carolina Pool<br>Attn: Manager or Agent<br>PO Box 327<br>Sanford, NC 27331-0327 | | | 4,846.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  CCWP, LLC  
        Debtor(s)

Case No.  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 20, 2010

Signature  /s/ EW. Davis, Jr.  
                  EW. Davis, Jr.  
                  Member-Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina - Raleigh Division**

In re: CCWP, LLC
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 20, 2010

/s/ EW. Davis, Jr.
EW. Davis, Jr./Member-Manager
Signer/Title

| | | |
|---|---|---|
| CCWP, LLC<br>PO BOX 1590<br>PINEHURST, NC 28370-1590 | TRAWICK H. STUBBS, JR.<br>STUBBS & PERDUE, P.A.<br>PO BOX 1654<br>NEW BERN, NC 28563 | BRANCH OF REORGANIZATION<br>ATTN: MANAGING AGENT<br>3475 LENOX ROAD NE #1000<br>ATLANTA, GA 30326 |
| SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | NC DEPT. OF REVENUE<br>ATTN: MANAGING AGENT<br>PO BOX 25000<br>RALEIGH, NC 27640 | EMPLOYMENT SECURITY COM.<br>ATTN: MANAGING AGENT<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | UNITED STATES ATTORNEY<br>310 NEW BERN AVENUE<br>FEDERAL BLDG SUITE 800<br>RALEIGH, NC 27601-1461 | ABERDEEN COCA-COLA<br>ATTN: MANAGING AGENT<br>P.O. BOX 518<br>ABERDEEN, NC 28315 |
| ABERDEEN PAINT & WALLPAPER<br>ATTN: MANAGING AGENT<br>255 COMMERCE DRIVE<br>SOUTHERN PINES, NC 28387 | ABERDEEN PRODUCE & PROV<br>ATTN: MANAGING AGENT<br>426 S. SYCAMORE STREET<br>ABERDEEN, NC 28315 | AM HARRIS, LLC<br>ATTN: MANAGER OR AGENT<br>1611 BEAUMONT DT<br>GREENVILLE, NC 27858 |
| ATLAS PEN & PENCIL<br>ATTN: MANAGING AGENT<br>P.O. BOX 553673<br>DETROIT, MI 48255 | BANK OF AMERICA<br>ATTN: MANAGER OR AGENT<br>2059 NORTHLAKE PKWY<br>TUCKER, GA 30084 | BRYON L. SAINTSING<br>ATTNY FOR PNCEF<br>4601 SIX FORKS RD, STE 400<br>RALEIGH, NC 27609 |
| BUCK'S PEST CONTROL<br>ATTN: MANAGING AGENT<br>3317 AIR PARK ROAD<br>FUQUAY VARINA, NC 27526 | CANON FINANCIAL SVC.<br>ATTN: MANAGING AGENT<br>14904 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | CAROLINA POOL<br>ATTN: MANAGER OR AGENT<br>PO BOX 327<br>SANFORD, NC 27331-0327 |
| CLUB CAR, INC.<br>ATTN: MANAGING AGENT<br>75 REMITTANCE DR. ST# 1811<br>CHICAGO, IL 60675-1811 | COCA-COLA, USA<br>ATTN: MANAGING AGENT<br>P.O. BOX 102190<br>ATLANTA, GA 30368 | DANIEL J. GOLDBERG<br>ATTY FOR PENNINGTON SEED<br>100 N. WASHINGTON ST<br>BOSTON, MA 02114 |
| JIM DELONG<br>C/O SOUTHERN STATES TURF<br>PO BOX 7769<br>CARTHAGE, NC 28327 | EASTERN TURF EQUIPMENT<br>ATTN: MANAGER OR AGENT<br>1045 BRAGG BLVD<br>FAYETTEVILLE, NC 28301 | EASY PICKER GOLF PRODUCTS<br>ATTN: MANAGING AGENT<br>415 LEONARD BLVD. NORTH<br>LEHIGH ACRES, FL 33971 |
| EDDIE LIVENGOOD<br>ATTN: MANAGER OR AGENT<br>WP COUNTRY CLUB<br>CARTHAGE, NC 28327 | FED-EX<br>ATTN: MANAGING AGENT<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | GADDY SEPTIC<br>ATTN: MANAGING AGENT<br>164 MCDONALD ROAD<br>CAMERON, NC 28326 |

GADDY WASTE SERVICES
ATTN: MANAGING AGENT
P.O. BOX 366
CAMERON, NC 28326

GOLF AGRONOMICS
ATTN: MANAGING AGENT
2165 17TH STREET
SARASOTA, FL 34234

GOLF ASSOCIATES SCORECARD
ATTN: MANAGING AGENT
P.O. BOX 6917
ASHEVILLE, NC 28816

HANDICAP PROG/CAROL. GOLF
ATTN: MANAGING AGENT
PO BOX 319
WEST END, NC 27376

HD SUPPLY HUGES
ATTN: MANAGING AGENT
P.O. BOX 601976
CHARLOTTE, NC 28260

HILLCREST BANK
ATTN: MANAGER OR AGENT
1111 WEST 95TH ST
OVERLAND PARK, KS 66214

HUSSEY OIL CO., LLC
ATTN: MANAGER OR AGENT
PO BOX 1357
ROBBINS, NC 27325

IMPACT GOLF MARKETING
ATTN: MANAGER OR AGENT
2783 NC HWY 68, STE 120
HIGH POINT, NC 27265

JOHN DEERE CREDIT
ATTN: MANAGER OR AGENT
PO BOX 4450
CAROL STREAM, IL 60197

JOHN DEERE FARM PLAN
ATTN: MANAGER OR AGENT
PO BOX 4450
CAROL STREAM, IL 60197

JOHN DEERE LANDSCAPE
ATTN: MANAGING AGENT
1425 N. MCDOWELL BLVD.
PETALUMA, CA 94954

JOHN DEERE LANDSCAPES
ATTN: MANAGING AGENT
8925 MIDWAY WEST RD
RALEIGH, NC 27617-4608

JOHNNY HARRIS TRUCKING
ATTN: MANAGING AGENT
4291 DOWD ROAD
CARTHAGE, NC 28327

JULIA R. WICKER
ATTY FOR HILLCREST BANK
301 FAYETTEVILLE ST., STE 1700
RALEIGH, NC 27601

LEWIS, RICE & FINGERSH
ATTN: MANAGING AGENT
1010 WALNUT, STE 500
KANSAS CITY, MO 64106

LOWE'S CREDIT
ATTN: MANAGER OR AGENT
PO BOX 10598/0, DEPT. 79
ATLANTA, GA 30353-5980

LUTHER D. STARLING, JR.
ATTY FOR SOUTHERN S. COOP
P.O. DRAWER 1960
SMITHFIELD, NC 27577-1960

MCDONDALD BROS.
ATTN: MANAGER OR AGENT
PO BOX 1606
SOUTHERN PINES, NC 28388

MOORE COUNTY TAX DEPT.
ATTN: MANAGING AGENT
P.O. BOX 428
CARTHAGE, NC 28327-0428

MOUNTAIN CLEAR
ATTN: MANAGING AGENT
195 BELL AVENUE
SOUTHERN PINES, NC 28387

N.C. DEPT. REVENUE
ATTN: MANAGING AGENT
P.O. BOX 1168
RALEIGH, NC 27602

NC DEPT. OF LABOR
ATTN: MANAGER OR AGENT
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699-1101

PENNINGTON SEED
ATTN: DANIEL J. GOLDBERG
100 N. WASHINGTON ST
BOSTON, MA 02114

PINECREST MILLS, INC.
ATTN: MANAGING AGENT
12600 STOWE DRIVE#1
POWAY, CA 92064

PITNEY BOWES
ATTN: MANAGING AGENT
PO BOX 856042
LOUISVILLE, KY 40285-6042

PITNEY BOWES CREDIT
ATTN: MANAGER OR AGENT
PO BOX 856460
LOUISVILLE, KY 40285

PNC EQUIPMENT FINANCE
ATTN: MANAGING AGENT
995 DALTON AVENUE
CINCINNATI, OH 45203

| | | |
|---|---|---|
| PREMIUM FINANCING SPECIALISTS<br>ATTN: MANAGING AGENT<br>BOX 9045<br>NEW YORK, NY 10087 | PRO CHEF<br>ATTN: MANAGER OR AGENT<br>224 ROLLING HILL RD, STE 11-A<br>MOORESVILLE, NC 28117 | QUILL CORPORATION<br>ATTN: MANAGER OR AGENT<br>PO BOX 37600<br>PHILADELPHIA, PA 19101-0600 |
| R&R PRODUCTS<br>ATTN: MANAGING AGENT<br>3334 EAST MILBER STREET<br>TUCSON, AZ 85714 | R.J. SHEPHERD CO.<br>ATTN: MANAGING AGENT<br>P.O. BOX 169<br>WHITMAN, MA 02382 | REGAL CHEMICAL<br>ATTN: MANAGING AGENT<br>P.O. BOX 403368<br>ATLANTA, GA 30384-3368 |
| REGAL HOME FABRICARE<br>ATTN: MANAGING AGENT<br>P.O. BOX 686<br>PINEHURST, NC 28370 | RESORT FIRE & EQUIPMT<br>ATTN: MANAGING AGENT<br>P.O. BOX 3017<br>PINEHURST, NC 28374 | REVELS TRACTOR<br>ATTN: MANAGING AGENT<br>2217 N. MAIN STREET<br>FUQUAY VARINA, NC 27526 |
| REVELS TURF & TRACTOR<br>ATTN: MANAGER OR AGENT<br>2217 N. MAIN STREET<br>FUQUAY VARINA, NC 27526 | RODNEY E. ALEXANDER<br>ATTNY FOR TEXTRON<br>6725-C FAIRVIEW RD<br>CHARLOTTE, NC 28210 | SECRETARY OF STATE<br>ATTN: MANAGER OR AGENT<br>PO BOX 29525<br>RALEIGH, NC 27626-0525 |
| SIMPLEX GRINNEL<br>ATTN: MANAGER OR AGENT<br>100 SIMPLEX DR.<br>WESTMINSTER, MA 01441 | SOUTHEN STATES TURF. DIV.<br>ATTN: MANAGER OR AGENT<br>PO BOX 776<br>CARTHAGE, NC 28327 | STANCIL & SON HEATING & AIR<br>ATTN: MANAGING AGENT<br>116 W. MAIN STREET<br>ABERDEEN, NC 28315 |
| STAPLES CREDIT<br>ATTN: MANAGER OR AGENT<br>PO BOX 689020<br>DES MOINES, IA 50368-9020 | T-LINKS, INC.<br>ATTN: MANAGING AGENT<br>3901 NORTH KINGS HWY, STE. 22B<br>MYRTLE BEACH, SC 29577 | T.H. BLUE, INC.<br>ATTN: MANAGING AGENT<br>P.O. BOX 117<br>EAGLE SPRINGS, NC 27242 |
| TEXTRON/E-Z GO<br>ATTN: MANAGING AGENT<br>P.O. BOX 905610<br>CHARLOTTE, NC 28290-5610 | THE PILOT, LLC<br>ATTN: MANAGER OR AGENT<br>PO BOX 58<br>SOUTHERN PINES, NC 28388 | THOMAS TIRE<br>ATTN: MANAGING AGENT<br>PO BOX 2917<br>ASHEBORO, NC 27204 |
| TRI-COUNTY BUSINESS MACHINES<br>ATTN: MANAGING AGENT<br>155 TURNER STREET<br>SOUTHERN PINES, NC 28387 | U.S. FITNESS PRODUCTS<br>ATTN: MANAGING AGENT<br>3072 WAKE FOREST RD.<br>RALEIGH, NC 27609 | UNDERWOOD & ROBERTS, PLLC<br>ATTN: MANAGING AGENT<br>3110 EDWARDS MILL RD., STE. 1<br>RALEIGH, NC 27612 |
| UNITED PARCEL SERVICE<br>ATTN: MANAGING AGENT<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | USGA<br>ATTN: MANAGING AGENT<br>PO BOX 708<br>FAR HILLS, NJ 07931-0708 | UTILITIES, INC.<br>ATTN: MANAGING AGENT<br>P.O. BOX 1105<br>NORTHBROOK, IL 60065 |

```
VAN CAMP, MEECHAM & NEWMAN        VAN DERVEER'S                     VREENS TURF PRODUCTS
ATTN:  MANAGING AGENT             ATTN: MANAGER OR AGENT            ATTN: MANAGER OR AGENT
P.O. BOX 1389                     PO BOX 1069                       8862 HWY 90
PINEHURST, NC 28370               BISCOE, NC 27209                  LONGS, SC 29568


JOE WEST
4115 HENLEY ROAD
SANFORD, NC 27330
```